of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KING DRUG STORES, INC., v. RAMSGATE REALTY Co., INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES BURNHAM SQUIER v. AUGUSTUS S. HOUGHTON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE RUDOLPH WURLITZER COMPANY v. GENERAL MOTORS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, Merrell, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Property Owners Legally Entitled to Damages Caused by the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of The Bronx, City of New York.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Property Owners Legally Entitled to Damages Caused by the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of The Bronx, City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE CITY OF NEW YORK v. EASTERN PARKWAY, BROWNSVILLE AND EAST NEW YORK TRANSIT RELIEF ASSOCIATION, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ANNA SCHOENBAUM, in Her Own Behalf and in Behalf of All Other Creditors of PRINCETON RAYONS, INCORPORATED, etc., v. THE GOLDMAN SACHS TRADING CORPORATION and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

VAN RENSSELAER HALSEY and Others v. CORN EXCHANGE BANK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

VAN RENSSELAER HALSEY and Others v. CORN EXCHANGE BANK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JENNIE O. VILECE, Administratrix, etc., of DOMINICK D. VILECE, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Impleaded with THERESA VILECE.